Case 2:19-cv-00303   Document 12   Filed on 01/07/20 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
January 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LUKE C. TEIXEIRA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-303 |
| | § | |
| DALE WAINWRIGHT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM AND RECOMMENDATION

This is a civil rights case filed jointly by three Texas inmates: Luke C. Teixeira, Rodney Johnson and J.L. Cox. Plaintiffs primarily complain of being required to work without compensation in a manner that they allege amounts to modern day slavery. On October 21, 2019, the undersigned instructed the Plaintiffs their claims must be evaluated and screened separately according to the specific factual allegations of each Plaintiff. (D.E. 7). Each Plaintiff was ordered to complete and file a separate 1983 inmate civil rights complaint form and to either pay the full filing or move to proceed *in forma pauperis* on or before November 25, 2019. Both Plaintiffs Teixeira and Johnson complied, and their complaints have been filed as separate cases. *Johnson v. Wainwright et al,* Case No. 2:19-cv-341 (S.D. Tex. Nov. 12, 2019) (Complaint); *Teixeira v. Wainwright et al,* Case No. 2:19-cv-357 (S.D. Tex. Nov. 25, 2019) (Complaint). Plaintiff Cox has failed to comply.

Therefore, it is respectfully **RECOMMENDED** that Plaintiff Cox's case be **DISMISSED** pursuant to Fed.R.Civ.P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute). It is further **RECOMMENDED** that this case be closed as the remaining two Plaintiffs, Teixeira and Johnson, have now filed separate complaints as ordered.

ORDERED this 7th day of January, 2020.

Jason B. Libby
United States Magistrate Judge

NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to 28 U.S.C. § 636(b)(1)(c); Rule 72(b) of the Federal Rules of Civil Procedure; and Article IV, General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendations in a Magistrate Judge's report and recommendation within **FOURTEEN (14) DAYS** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).