UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| LUKE C. TEIXEIRA, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-303 |
| § | |
| DALE WAINWRIGHT, *et al*, § | |
| § | |
| Defendants. § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On January 7, 2020, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation" (D.E. 12), recommending that the claim of J.L. Cox be dismissed for failure to comply with the Court's Order (D.E. 7) and that this action be closed. The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 12), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, the claims of Plaintiff J.L. Cox are **DISMISSED.** Because the claims of the other two Plaintiffs, Rodney Johnson and Luke Teixeira, are proceeding under other case numbers, this action is closed.

ORDERED this 18th day of February, 2020.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE